# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 05-10488 SWD  
**Case Name:** LAYMAN, EILEEN ELIZABETH  

**Period Ending:** 12/31/17  

**Trustee:** (420390)   Thomas C. Richardson  
**Filed (f) or Converted (c):** 07/28/05 (f)  
**§341(a) Meeting Date:**  
**Claims Bar Date:** 03/07/18  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Life Insurance (u) | Unknown | 11,333.00 | | 0.00 | 11,333.00 |
| 2 | Cash - Location: 6992 U.S. 12 West Lot 9, Three | 10.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Acct - National City Bank, 800 Michiga | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Acct - Chemical Bank, Three Oaks, MI 49 | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Savings - Chemical Bank, Three Oaks, MI  49128 | 850.00 | 0.00 | | 0.00 | FA |
| 6 | Normal Household Furniture Location: 6992 US 12 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Normal Clothing - Location:  6992 US 12 West Lot | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Medicare - No cash value | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Term Life - $5000 - No cash value | 0.00 | 0.00 | | 0.00 | FA |
| 10 | National City Bank, Three Oaks, MI  49128 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Social Security Income, Location:  6992 US 12 We | 354.00 | 0.00 | | 0.00 | FA |
| 12 | Pension, National City Bank, LaPorte, IN  46350 | 95.00 | 0.00 | | 0.00 | FA |
| 13 | 1994 Ford Tempo, Location 6992 US 12 West Lot 9, | 2,450.00 | 0.00 | | 0.00 | FA |
| 14 | 1988 Fairmont Mobile Home, Location:  6992 U.S. | 8,500.00 | 0.00 | | 0.00 | FA |
| 14 Assets | Totals (Excluding unknown values) | $13,509.00 | $11,333.00 | | $0.00 | $11,333.00 |

**Major Activities Affecting Case Closing:**

12/2/17  f/u email to Goldman; reply ~ $17k from life insurance due   10/5/17  email Goldman re status   8/9/17  Order Appointing Ezra Goldman as Special Counsel;
6/22/2017 Filed a Withdrawal of Trustee's Report of No Distribution (doc #12); 5-01-17 motion to reopen case.  Case was reopened 5/3/17.

Printed: 01/29/2018 01:10 PM    V.13.32

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 05-10488 SWD  
**Case Name:** LAYMAN, EILEEN ELIZABETH  

**Trustee:** (420390) Thomas C. Richardson  
**Filed (f) or Converted (c):** 07/28/05 (f)  
**§341(a) Meeting Date:**  

**Period Ending:** 12/31/17  
**Claims Bar Date:** 03/07/18  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** March 1, 2018  **Current Projected Date Of Final Report (TFR):** March 1, 2018